```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAISHON DARRELL BANKS,

                Plaintiff,

    - against -                    06 Civ. 4975 (DAB)(MHD)
                                    ADOPTION OF REPORTS
                                    AND   RECOMMENDATIONS

CORRECTION OFFICER MOSLEY and
WESTCHESTER COUNTY DEPARTMENT OF
CORRECTION,
                Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon a Report and Recommendation of United States Magistrate Judge Michael H. Dolinger, which was filed March 26, 2009.  The Report recommends that the motion to dismiss filed by Defendants Correction Officer Mosley and the Westchester County Department of Correction be GRANTED because of Plaintiff's failure to comply with the exhaustion requirement of 42 U.S.C. § 1997e(a).  ( Report at 10).

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations."  28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations").  Despite being advised

accordingly in Judge Dolinger's Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 11, of United States Magistrate Judge Michael H. Dolinger, dated March 26, 2009, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Defendants' motion to dismiss is GRANTED and Plaintiff's claims shall be DISMISSED;

3. The Clerk of the Court is directed to close the docket in this matter.

SO ORDERED.

DATED:   New York, New York
         April 28, 2009

                                    Deborah A. Batts
                                    United States District Judge

2